**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| LAWRENCE GUYDELL PIERRE, JR. | CIVIL ACTION NO. 25-0105 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| DARREL VANNOY, WARDEN | MAGISTRATE JUDGE HORNSBY |

# JUDGMENT

The Court having reviewed the Report and Recommendation of the Magistrate Judge, the written objections having been filed, and after a *de novo* review of the record, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that Petitioner's Petition for Writ of Habeas Corpus, Record Document 1, is **DENIED**.

Rule 11 of the Rules Governing Section 2254 Proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant. The court, after considering the record in this case and the standard set forth in 28 U.S.C. Section 2253, denies a certificate of appealability because the applicant has not made a substantial showing of the denial of a constitutional right.

**DONE AND SIGNED** at Shreveport, Louisiana, this 27th day of October, 2026.

Alex C. Van Hook

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE